UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELYJAH MARROW** | **CASE NO. 6:22-CV-04124** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM RULING

Before the Court is "Allstate Vehicle and Property Insurance Company's Motion to Dismiss Complaint" (Doc. 24). In response, counsel for Plaintiff has filed a Notice of Opposition to the instant Motion to Dismiss.

Plaintiff, Elyjah Marrow, filed this action, seeking to recover losses or damages incurred as a result of Allstate's alleged bad faith in handling Plaintiff's claims for damages to property caused by Hurricanes Laura and Delta. In its Motion, Allstate maintains that it did not issue a homeowners insurance policy to Plaintiff Elyjah Marrow during the relevant time period. Considering Plaintiff's Notice of No Opposition, the Court will grant Allstate's motion and dismiss Plaintiff's claims.

**THUS DONE AND SIGNED** in Chambers on this 6th day of December, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE